IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN PIONEER PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) CASE NO. 2:10-cv-353-MEF ) |
| AKEEM AMODU D/B/A FAIRVIEW AUTO SALES, IYABO AMODU, and BRANDON RICHARDSON, | ) (WO- Not Recommended for Publication) ) ) ) |
| DEFENDANTS. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court and upon consideration of the Application for Entry of Default Judgment (Doc. # 10) and the record as a whole, it is ORDERED and ADJUDGED as follows:

1) Judgment is ENTERED against Defendants Akeem Amodu d/b/a Fairview Auto Sales, Iyabo Amodu, and Brandon Richardson and in favor of Plaintiff Southern Pioneer Property and Casualty Insurance Company.  Furthermore, it is DECLARED that the Named Driver Exclusion in the Southern Pioneer policy precludes coverage for any injuries or property damage sustained in the March 29, 2010 accident and thus there is no coverage for this accident under policy number GLP-09-0104472-02.

2) It is further ORDERED that costs are hereby TAXED against Defendants Akeem Amodu d/b/a Fairview Auto Sales, Iyabo Amodu, and Brandon Richardson and in favor of Plaintiff Southern Pioneer Property and Casualty Insurance Company, for which execution

may issue.

3) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rules 55(b) and 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 13th day of October, 2010.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE